

1  ROBERT L. GROOMS
2  SID# 15229404
   777 Stanton Blvd
3  Ontario, Oregon 97914

FILED'06 JAN 26 09:39USDC-ORE

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ROBERT LEE GROOMS JR.,**

        Plaintiff,                         Civil No. **05-1698-AA**

  vs.

                                            **MOTION TO DISMISS**
                                        **WITH PREJUDICE and ORDER**

**JEAN HILL,** Superintendent, et al.

        Defendant(s).

      COME NOW, Robert L. Grooms, Jr., Plaintiff in the above captioned case and respectfully move this court for an Order Dismissing plaintiff action in ROBERT LEE GROOMS, JR V JEAN HILL, et al Case No. 05-1698-AA, with prejudice.

      Plaintiff submits this motion in good faith and not to make a frivolous case at bar or hinder the proper administration of justice.

      Dated this ___ day of _January_____, 2006..

                                                           Respectfully Submitted

                                                           Robert L. Grooms, Jr., Plaintiff

---

**ORDER**

This matter having come before the court on the Plaintiff's Motion to Dismiss With



1  Prejudice, and the Court being advised of the premise, it is hereby order that this matter be and is
2  hereby dismissed with prejudice.    Dated this 25th day of January, 2006
3                                      SO ORDERED,
4                                      _____
                                       District Court Judge
5
   ////
6
   ////
7
   ////
8
   ////
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 2 of 2 **MOTION TO DISMISS WITH PREJUDICE and ORDER**

# CERTIFICATE OF SERVICE

CASE NAME: _

ROBERT LEE GROOMS JR.,

                                **Case Number**
                                Civil No. **05-1698-AA**

VS.

JEAN HILL, Superintendent, et al.

      COMES NOW, Robert Grooms, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution, 777 Stanton Boulevard, Ontario, Oregon 97914.

      That on the _18_ day of _January_, 2006, I personally placed in the Snake River Correctional Institution's mailing service A TRUE COPY of the following:

## MOTION TO DISMISS WITH PREJUDICE and ORDER

      I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

Counsel for Defendants
    Kathhryn A Cottrell
    Assistant Attorney General
    Department of Justice
    1162 Court Street NE,
    Salem, Oregon 97301-4096

                                                    Respectfully submitted,

                                                    **Robert Grooms Jr.**
                                                    S.I.D. :15229404
                                                    Snake River Correctional Institution
                                                    777 Stanton Boulevard
                                                    Ontario, Oregon 97914